UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHALENE V. LASWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-489- SEB-DML |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting Secretary of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Court's Order Adopting the Magistrate Judge's Report and Recommendation, it is ADJUDGED that this case is dismissed for a lack of jurisdiction.

IT IS SO ORDERED.

Date:

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com