UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHALENE V. LASWELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, Acting Secretary of )<br>the Social Security Administration, )<br>)<br>Defendant. ) | 1:12-cv-489- SEB-DML |

## **JUDGMENT**

In accordance with the Court's Order Adopting the Magistrate Judge's Report and Recommendation, it is ADJUDGED that this case is dismissed for a lack of jurisdiction.

IT IS SO ORDERED.

Date: 10/30/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com